IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER L. TREECE**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　Case No. 4:21-cv-00146-LPR-JJV

**JOHN STALEY, Sheriff, Lonoke County,** *et al.*　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe. (Doc. 3). There have been no objections and the time for doing so has expired. After a careful and *de novo* review of the Proposed Findings and Recommendations, as well as the record, the Court adopts the Proposed Findings and Recommendations in their entirety.

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 28th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE